# EXHIBIT 3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ISABELLE SHIFFRIN &<br>AARON SHIFFRIN | : | |
| | : | |
| Plaintiffs, | : | Case No. |
| | : | |
| | : | Assigned to: |
| v. | : | |
| | : | |
| NOVARTIS VACCINES &<br>DIAGNOSTICS, INC., | : | |
| | : | |
| NOVARTIS INTERNATIONAL, AG, | : | |
| | : | |
| and | : | |
| | : | |
| NOVARTIS PHARMACEUTICALS<br>CORPORATION | : | |
| | : | |
| Defendants. | : | |

## DECLARATION OF STEVEN SPAFFORD

I, Steven Spafford, make this Declaration under penalty of perjury, pursuant to 28 U.S.C.

§ 1746:

1.    I am over the age of 18, a resident of California, and state that upon personal

knowledge the facts set forth in this Declaration are true and correct.

2.    I am the Director of Tax and Assistant Treasurer for Novartis Vaccines and

Diagnostics Corporation, Inc., ("Novartis V&D") and have held this position

since September 2006. Pursuant to my job responsibilities, I am generally

familiar with the corporate history and operations of Novartis V&D.

3.    Novartis V&D is incorporated under the laws of Delaware, and its corporate

headquarters and principal place of business are located at 350 Massachusetts

Avenue, Cambridge, Massachusetts 02139.

4.     From its Cambridge, Massachusetts headquarters, Novartis V&D directs,

coordinates, and controls all aspects of the company's business.

5.     Novartis V&D does maintain a government relations office in Washington, D.C.

However, at no time did Novartis V&D ever direct, coordinate, or control the

company's business out of its Washington, D.C. office.

6.     Aside from governmental relations and sales relating to its vaccines and blood

diagnostic technologies, which Novartis V&D sells throughout the country,

Novartis V&D does not conduct business in Washington, DC.

7.     Novartis V&D was formerly known as Chiron Corporation ("Chiron") and was

founded in Emeryville, California and originally incorporated under the laws of

California in 1981.

8.     From 1981 to April 20, 2006, Novartis V&D (then known as Chiron) did not

acquire any of the stock or the assets or liabilities of Laboratories Borne

("Borne"), including with respect to Borne's diethylstilbestrol product allegedly

sold in France during the 1970s.

9.     On April 20, 2006, Novartis V&D was acquired by and became an indirect

wholly-owned subsidiary of Novartis AG, a Swiss corporation, through a merger

with Novartis AG's indirect subsidiary, Novartis Biotech Partnership, Inc.

Novartis V&D was the surviving corporation as a result of the merger and

subsequently changed its name from Chiron to Novartis Vaccines and Diagnostics

Corporation, Inc.

10.    At this time, Novartis V&D re-incorporated under the laws of Delaware.

2

11.     At no time during this corporate reorganization was any stock, assets, or liabilities of Borne transferred to Novartis V&D.

12.     Since April 20, 2006, to the best of my knowledge and belief, Novartis V&D has not acquired any of the stock, assets, or liability formerly belonging to Borne.

13.     Novartis V&D has no agency or ownership relationship with Novartis International AG, a Swiss corporation – that is, Novartis International AG is neither a parent (direct or indirect), a subsidiary (direct or indirect), nor a principal, of Novartis V&D.

14.     Since its inception and to the present, to the best of my knowledge and belief, Novartis V&D has designed, developed, manufactured, sold, marketed, and distributed vaccines and blood analysis technologies for the detection, prevention and treatment of viral and bacterial diseases, such as West Nile Virus and influenza. Novartis V&D does not, nor has it ever, designed, developed, manufactured, sold, marketed, or distributed a product containing diethylstilbestrol, in France or elsewhere.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 31, 2011.

_____
Steven Spafford