## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ISABELLE SHIFFRIN & <br> AARON SHIFFRIN | : | |
| | : | |
| Plaintiffs, | : | Case No. |
| | : | |
| | : | Assigned to: |
| v. | : | |
| | : | |
| NOVARTIS VACCINES & <br> DIAGNOSTICS, INC., | : | |
| | : | |
| NOVARTIS INTERNATIONAL, AG, | : | |
| | : | |
| and | : | |
| | : | |
| NOVARTIS PHARMACEUTICALS <br> CORPORATION | : | |
| | : | |
| Defendants. | : | |

## DEFENDANT NOVARTIS VACCINES & DIAGNOSTICS, INC.
## LCvR 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to LCvR 7.1 of the Local Rules of the United States District Court for the

District of Columbia:

I, the undersigned, counsel of record for Novartis Vaccines & Diagnostics, Inc.

("Novartis V&D"), certify that to the best of my knowledge and belief, the following are parent

companies, subsidiaries, or affiliates of Novartis V&D which have outstanding securities in the

hands of the public.

(1) Novartis AG, a Swiss company, publicly traded on the New York Stock

Exchange. Novartis AG indirectly owns a 100% interest in Novartis V&D.

Novartis V&D's direct and indirect parent corporations are:

(1) Novartis Pharmaceuticals Corporation, a Delaware corporation;

(2)   Novartis Pharma AG, a Swiss company;

(3)   Novartis Finance Corporation, a New York corporation;

(4)   Novartis Corporation, a New York corporation; and

(5)   Novartis Holding AG, a Swiss company.

These representations are made in order that the judges of this court may determine the

need for recusal.

Dated: May 31, 2011                             Respectfully submitted,

_____
Stephen A. Klein (D.C. Bar No. 433687)
Dana Alan Gausepohl (D.C. Bar No. 481170)
Hollingsworth LLP
1350 I Street, NW
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)
sklein@hollingsworthllp.com
dgausepohl@ hollingsworthllp.com

*Attorneys for Defendant Novartis Vaccines &
Diagnostics, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 31st day of May, 2011, a copy of the foregoing was

sent by mail, first-class, postage prepaid, to:

Benjamin J. Cooper
**AARON M. LEVINE & ASSOCIATES**
1320 19th Street, N.W.
Suite 500
Washington, D.C. 20036
Telephone: (202) 833-8040
Facsimile: (202) 833-8046
aaronlevinelaw@aol.com

*Counsel for Plaintiffs*

Dana Alan Gausepohl