IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISABELLE SHIFFRIN & AARON SHIFFRIN  :  <br><br>Plaintiffs,  : <br> : <br>v.  : <br> : <br>NOVARTIS VACCINES & DIAGNOSTICS, INC.,  : <br> : <br>NOVARTIS INTERNATIONAL, AG,  : <br><br>and  : <br> : <br>NOVARTIS PHARMACEUTICALS CORPORATION  : <br><br>Defendants.  : | Case No. <br><br>Assigned to: |

### DEFENDANT NOVARTIS PHARMACEUTICALS CORPORATION'S LCvR 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Novartis Pharmaceuticals Corporation ("NPC"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of NPC which have outstanding securities in the hands of the public.

(1) Novartis AG, a Swiss company, publicly traded on the New York Stock Exchange. Novartis AG indirectly owns a 100% interest in NPC.

NPC's direct and indirect parent corporations are:

(1) Novartis Finance Corporation, a New York corporation;

(2) Novartis Corporation, a New York corporation; and

(3) Novartis Holding AG, a Swiss company.

These representations are made in order that the judges of this court may determine the need for recusal.

Dated: May 31, 2011

Respectfully submitted,

*[signature]*

Stephen A. Klein (D.C. Bar No. 433687)
Dana Alan Gausepohl (D.C. Bar No. 481170)
Hollingsworth LLP
1350 I Street, NW
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)
sklein@hollingsworthllp.com
dgausepohl@ hollingsworthllp.com

*Attorneys for Defendant Novartis Pharmaceuticals Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 31st day of May, 2011, a copy of the foregoing was sent by mail, first-class, postage prepaid, to:

Benjamin J. Cooper
**AARON M. LEVINE & ASSOCIATES**
1320 19th Street, N.W.
Suite 500
Washington, D.C. 20036
Telephone: (202) 833-8040
Facsimile: (202) 833-8046
aaronlevinelaw@aol.com

*Counsel for Plaintiffs*

_____
Dana Alan Causepohl