IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISABELLE SHIFFRIN, et al. | |
| Plaintiffs, | Civil Action No. 11-1010 (GK) |
| | Judge Gladys Kessler |
| v. | Next Event:   Initial Scheduling Conference |
| | June 23, 2011 at 10:00 a.m. |
| NOVARTIS VACCINES & DIAGNOSTICS, INC., *et al.*, | |
| Defendants. | |

**NOTICE OF APPEARANCE OF BRANDON J. LEVINE, ESQ.
AS COUNSEL FOR PLAINTIFFS**

    Brandon J. Levine, whose address, telephone number and bar number appear below, hereby enters his appearance as counsel for all Plaintiffs in the above-captioned cause.

        Respectfully submitted,

        AARON M. LEVINE & ASSOCIATES

        _____/s/_____ Brandon J. Levine
        Brandon J. Levine, #412130
        1320 19th Street, N.W., Suite 500
        Washington, D.C.  20036
        (202) 833-8040
        levbran@aol.com